IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| SHAMAR DWIGHT PARKER, | |
| Plaintiff, | CIVIL ACTION FILE NO.: 1:21-cv-01033-WMR |
| v. | |
| COLUMBIA PICTURES INDUSTRIES, INC.; 2.0 ENTERTAINMENT FINANCING, LLC; ANDY GILL; JACK GILL; ERIC FRAZIER; JOHN DOE CORPORATIONS A-Z; and JOHN DOES NOS. 1-4, | |
| Defendants. | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, SHAMAR DWIGHT PARKER, by and through his undersigned counsel, and voluntarily dismisses this matter with prejudice. Each party shall bear their own attorneys' fees and cost.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 22nd day of February 2022, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to counsel of record.

**MG LAW/ THE GEOFFROY FIRM, P.C.**

*/s/Michael G. Geoffrey*_____
**Michael G. Geoffroy**
**Georgia Bar No.: 289944**
**Attorney for Plaintiff**

917 Center Street
Conyers, Georgia 30012
(770) 988-5252 – Telephone
(770) 988-5933 – Facsimile
michael@mg4law.com

          **FLORIN GRAY BOUZAS OWENS, LLC**

          */s/Christopher D. Gray*
          **Christopher D. Gray, Esquire**
          Florida Bar No.: 902004
          Primary:  chris@fgbolaw.com
          Secondary:  debbie@fgbolaw.com
          **Scott L. Terry, Esquire**
          Florida Bar No.: 77105
          sterry@fgbolaw.com
          16524 Pointe Village Drive, Suite 100
          Lutz, FL 33558
          Telephone (727) 254-5255
          Facsimile (727) 483-7942
          Attorneys for Plaintiff